UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDDIE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-cv-00713-TWP-TAB |
| | ) |
| BARTHOLOMEW COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 28 days.

Dated: 02/02/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Jeremy Michael Dilts
CARSON BOXBERGER
dilts@carsonboxberger.com

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Andrew G. Jones
GIBBONS JONES P.C.
ajones@gibbonsjones.com

Peter Campbell King
CLINE KING & KING PC
pck@lawdogs.org